UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE CATHY ANN BENCIVENGO**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>**JERMAINE TILLIS,**<br><br>        Defendant. | Case:19cr0293-CAB<br><br>**ORDER GRANTING REQUEST TO CONTINUE THE SENTENCING HEARING** |

JOINT MOTION having been made by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Sentencing Hearing date in the above-entitled case, be continued from Friday, August 14, 2020, at 9:30 a.m. to Friday November 13, 2020 at 9:30 a.m.

IT IS FURTHER ORDERED the defendant and all sureties to the bond shall file acknowledgments confirming the new court date no later than August 17, 2020.

**IT IS SO ORDERED.**

Dated: 8/12/2020

HONORABLE CATHY ANN BENCIVENGO
United States District Judge